UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:     Tina M Pitts

Debtor(s)

Case No. 14-24173

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/30/2014.

2) The plan was confirmed on 09/12/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 09/14/2018.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 51.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $5,566.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $14,500.00 |
| Less amount refunded to debtor | $155.75 |

**NET RECEIPTS:** $14,344.25

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $4,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $683.98 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,683.98

Attorney fees paid and disclosed by debtor:   $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ADTALEM GLOBAL EDUCATION | Unsecured | 870.00 | 1,390.30 | 1,390.30 | 172.39 | 0.00 |
| AFNI INC | Unsecured | 1,026.00 | 399.95 | 399.95 | 47.64 | 0.00 |
| ARMED FORCES BANK | Unsecured | 297.00 | 609.17 | 609.17 | 66.65 | 0.00 |
| AT&T MOBILITY II LLC | Unsecured | 852.00 | 852.50 | 852.50 | 105.70 | 0.00 |
| CAVALRY INVESTMENTS | Unsecured | 200.00 | 376.17 | 376.17 | 49.55 | 0.00 |
| COMED LEGAL REVENUE RECOVER | Unsecured | 169.00 | 1,104.88 | 1,104.88 | 145.54 | 0.00 |
| ILLINOIS BELL TELEPHONE COMPAN | Unsecured | 263.00 | 429.26 | 429.26 | 49.05 | 0.00 |
| ILLINOIS DEPARTMENT OF HUMAN S | Unsecured | 1,044.00 | 1,044.00 | 1,044.00 | 137.52 | 0.00 |
| ILLINOIS DEPT OF EMPLOYMENT SE | Unsecured | 723.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ILLINOIS TOLLWAY | Unsecured | 11,144.00 | 14,688.00 | 14,688.00 | 1,934.77 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 1,037.00 | 1,485.25 | 1,485.25 | 1,447.11 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 22.14 | 22.14 | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 500.00 | 546.75 | 546.75 | 72.02 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 455.00 | 464.22 | 464.22 | 50.79 | 0.00 |
| PLS LOAN STORE | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| TCF NATIONAL BANK | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| UNITED FIN | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| USA PAYDAY LOANS | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS STATE TOLL HWY AUTH | Unsecured | 431.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS STATE TOLL HWY AUTH | Unsecured | 431.00 | NA | NA | 0.00 | 0.00 |
| WASHINGTON MUTUAL | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 728.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 750.00 | NA | NA | 0.00 | 0.00 |
| NORTH SHORE GAS | Unsecured | 471.00 | NA | NA | 0.00 | 0.00 |
| NORTHCASH | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 1,213.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| COMCAST CHICAGO SECONDS | Unsecured | 1,215.00 | NA | NA | 0.00 | 0.00 |
| CINGULAR WIRELESS | Unsecured | 1,006.00 | NA | NA | 0.00 | 0.00 |
| AMERICASH | Unsecured | 2,684.00 | NA | NA | 0.00 | 0.00 |
| CREDEX AUTO FINANCE & LEASING | Unsecured | 13,512.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION DEPT OF ED/SALLIE MA | Unsecured | 8,467.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION DEPT OF ED/SALLIE MA | Unsecured | 5,696.00 | NA | NA | 0.00 | 0.00 |
| DISH NETWORK | Unsecured | 1,289.00 | NA | NA | 0.00 | 0.00 |
| EXPRESS AUTO TITLE LOANS | Unsecured | 2,207.00 | NA | NA | 0.00 | 0.00 |
| GREAT LAKES CREDIT UNION | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| SPRINT CORP | Unsecured | NA | 311.72 | 311.72 | 31.08 | 0.00 |
| T MOBILE | Unsecured | NA | 563.28 | 563.28 | 74.20 | 0.00 |
| TITLE MAX OF ILLINOIS | Unsecured | NA | 258.97 | 258.97 | 32.11 | 0.00 |
| TITLE MAX OF ILLINOIS | Secured | 1,895.00 | 1,895.00 | 1,895.00 | 1,895.00 | 125.55 |
| US DEPARTMENT OF EDUCATION | Unsecured | 8,768.00 | 23,424.33 | 23,424.33 | 3,085.56 | 0.00 |
| VISTA MEDICAL CENTER | Unsecured | 525.00 | 523.20 | 523.20 | 68.92 | 0.00 |
| WORLD ACCEPTANCE CORP | Unsecured | 576.00 | 604.90 | 604.90 | 69.12 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $1,895.00 | $1,895.00 | $125.55 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$1,895.00** | **$1,895.00** | **$125.55** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $1,485.25 | $1,447.11 | $0.00 |
| **TOTAL PRIORITY:** | **$1,485.25** | **$1,447.11** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$47,613.74** | **$6,192.61** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $4,683.98 |
| Disbursements to Creditors | $9,660.27 |
| **TOTAL DISBURSEMENTS** : | **$14,344.25** |

    12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 09/28/2018                By: /s/ Glenn Stearns
                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.